**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (9/97)  Case Number **05–10783 cab**

# UNITED STATES BANKRUPTCY COURT
## District of Vermont

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on May 25, 2005.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Robert H. Teesdale (other names used by Debtor: Robert Haggerty
Teesdale Baker–Carr)
322 VT Route 313 West
Arlington, VT 05250

| Case Number: | Social Security/Taxpayer ID Nos.: |
| --- | --- |
| 05–10783 cab | Debtor: xxx–xx–2555 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
| --- | --- |
| James J. Cormier Jr | John R. Canney III |
| P.O. Box 26 | PO Box 6626 |
| Bennington, VT 05201–0026 | Rutland, VT 05702–6626 |
| Telephone number: (802) 442–5500 | Telephone number: (802) 773–3325 |

## Meeting of Creditors:

Date: **July 1, 2005**   Location: **U.S. Bankruptcy Court – Rutland**
                                  **The Opera House**
Time: **09:30 AM**               **67 Merchants Row, 2nd Floor**
                                  **Rutland, VT**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or***
**to Determine Dischargeability of Certain Debts: August 30, 2005**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
| --- | --- |
| U. S. Bankruptcy Court – Rutland | Clerk of the Bankruptcy Court: |
| 67 Merchants Row – 2nd Fl | Thomas J. Hart |
| P.O. Box 6648 | |
| Rutland, VT 05702–6648 | |
| Telephone number: (802) 776–2000 | |
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: May 25, 2005    ID# 160 – nbw |

## EXPLANATIONS

FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | **Notice to Court Visitors** : Upon arrival at the court building, please be prepared to show two forms of identification (I.D.), one of which should be a government–issued photo I.D. or a student photo I.D..<br><br>Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office.<br><br>If you are unable to contact the bankruptcy court during its normal business hours (8:00 A.M. – 5:00 P.M., Monday through Friday) please leave a message on the after hours telephone answering machine. A court employee will call you at whatever reasonable time/day you request, including evenings and weekends. The employee might be calling you from home so please include with your message enough information for the employee to prepare for the call. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Important Notice to Debtors | All debtors MUST provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Appointment of Trustee | The United States Trustee pursuant to Bankruptcy Code §701 has appointed John R. Canney III as trustee of the estate of the debtor named on the reverse. The trustee shall be deemed to have accepted the appointment and shall serve under his/her blanket bond, unless the trustee notifies the U.S. Trustee and the Court in writing of the rejection of the appointment within five (5) days of receipt of this notice. Bankruptcy Code §322; Federal Rules of Bankruptcy Procedure 2008<br><br>Kim F. Lefebvre, Assistant U.S. Trustee |

–– Refer to Other Side for Important Deadlines and Notices ––

Voice Case Information Systems (VCIS) (800) 260–9956

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0210-1            User: sre                    Page 1 of 2                  Date Rcvd: May 25, 2005
Case: 05-10783                  Form ID: 160                 Total Served: 46
```

The following entities were served by first class mail on May 27, 2005.
```
db       +Robert H. Teesdale,   322 VT Route 313 West,   Arlington, VT 05250-8940
aty       James J. Cormier, Jr,   P.O. Box 26,   Bennington, VT  05201-0026
501891   +Alexandra Farrell,   3291 Mammoth,   Longmont, CO 80504-6291
501876   +Asset Accept,   P0 Box 2036,   Warren, Ml 48090-2036
501877   +BC Services,   451 21st Ave.,   Longmont, CO 80501-8400
501908   +Ben Thompson,   629 Canyon Blvd.,   Boulder, CO 80302-5030
501878    Best Life,   P0 Box 8356,   Red Oak, IA 51591-1356
501879   +Bouler Journey School,   1919 Yarmouth,   Boulder, CO 80304-0570
501894   +C. Peggy Goodbody,   1942 Broadway,   Boulder, CO 80302-5213
501882   +CBUSA Sears,   8725 W Sahara Ave.,   MC 02 02 03,   The Lake, NV 89163-0001
501883    CDT Baker-Carr,   40 BId Lundy,   5100 Reims,   France
501884   +Central Credit,   12600W Cedar Drive,   Suite 100,   Lakewood, CO 80228-2005
501885   +Centura Health,   8140 S Holly St.,   Centennial, CO 80122-4004
501886   +Childrens Hospital,   1056 E 19th Ave.,   Denver, CO 80218-1088
501892   +Chris Farrell,   c/o Alexandra Farrell,   3291 Mammoth,   Longmont, CO 80504-6291
501887   +City of Longmont,   350 Kimbark St.,   Longmont, CO 80501-5551
501888   +Clinical Campesina,   1345 Plaza Court N,   Lafayette, CO 80026-3531
501889   +County Dept. of Human Services,   3460 Broadway,   Boulder, CO 80304-1824
501890   +Creative Years Learning Center,   851 Meeker St.,   Longmont, CO 80501-4616
501914   +Dan Zalewski,   P0 Box 819,   Kittanina, PA 16201-0819
501896   +Ed & Ruth Lehman, YMCA,   950 Lashley St.,   Longmont, CO 80501-3516
501893    Fleet Services Corp.,   300 N Wakefield Drive,   Newark, DE 19702-5419
501895   +George Johnson,   3320 13th St.,   Boulder, CO 80304-2206
501880   +Katherine Braun,   288 S Circle Drive,   Bailey, CO 80421-2021
501898   +Liberty Acquisitions,   200 Union Blvd.,   Suite G-16,   Lakewood, CO 80228-1845
501899   +Macys/FDSB,   9111 Duke Blvd.,   Mason, Ohio 45040-8999
501901   +National Account Adjusters,   7290 Samuel Drive,   Suite 200,   Denver, CO 80221-2792
501902   +OSI Collection,   2920 Prospect Park Drive,   Suie 200,   Rancho Cordova, CA 95670-6036
501903   +Paul Michael Marketing,   18609 Union Tpke,   Fresh Meadows, NY 11366-1733
501904   +Plan De Salud De Valle,   1115 2nd St.,   Fort Lupton, CO 80621-1745
501900   +Richard Meyers, M.D.,   2450 Broadway,   Boulder, CO 80304-4109
501906   +Risk Management Alternatives,   802 E Martintown Road,   Suite 201,   N. Augusta, SC 29841-5352
501907   +Seline Skoug,   322 Vermont Route 313W,   Arlington, VT 05250-8940
501897   +Stanley Levin, M.D.,   2760 29th St.,   Suite 2A,   Boulder, CO 80301-1221
501905   +Steven Shuback,   288 S Circle Drive,   Bailey, CO 80421-2021
501874   +The United States Trustee,   74 Chapel Street,   Suite 200,   Albany, NY 12207-2105
501909   +Tripp and Associates,   2800 Folsom St., Suite C,   Boulder, CO 80304-3768
501911   +University Physicians, Inc.,   5350 Leetsdale Drive,   Box 1059,   Denver, CO 80256-0001
501910   +University of Colorado,   at Boulder,   43 UCB,   Boulder, CO 80309-0001
501873    Vermont Department of Taxes,   Bankruptcy Unit,   P.O. Box 429,   Montpelier, VT 05601-0429
501912   +Wakefield,   P0 Box 27084,   Aurora, CO 80227-0084
501913    Yates & Associates,   1750 30th St.,   Boulder, CO 80301-1036
```

The following entities were served by electronic transmission on May 25, 2005 and receipt of the transmission was confirmed on:
```
tr        Fax: 802-773-3399 May 25 2005 20:37:19      John R. Canney, III,   PO Box 6626,
           Rutland, VT  05702-6626
501875   +EDI: ARROW.COM May 25 2005 17:18:00      Arrow Financial Services,   5996 W Touhy Ave.,
           Niles, IL 60714-4610
501882   +EDI: SEARS.COM May 25 2005 17:18:00      CBUSA Sears,   8725 W Sahara Ave.,   MC 02 02 03,
           The Lake, NV 89163-0001
501881    EDI: CAPITALONE.COM May 25 2005 17:19:00      Capital One FSB,   P0 Box 85520,
           Richmond, VA 23285-5520
501872    EDI: IRS.COM May 25 2005 17:18:00      Internal Revenue Service,   Insolvency Groups-Stop 20800,
            25 New Sudbury Street,   P.O. Box 9112,   Boston, MA 02203-9112
                                                                                                   TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0210-1          User: sre              Page 2 of 2           Date Rcvd: May 25, 2005
Case: 05-10783                Form ID: 160           Total Served: 46

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 27, 2005**              **Signature:**       *Joseph Speetjens*