# United States Bankruptcy Court

## District of Vermont



Filed & Entered
On Docket
September 16, 2005

In re:
Robert H. Teesdale (other names used by debtor: Robert Haggerty Teesdale Baker–Carr)
Soc Sec No: xxx–xx–2555
                    Debtor.

Case Number: 05–10783 cab
Chapter: 7

## FINAL DECREE

THE COURT FINDS that the estate of the above named debtor has been fully administered.

**IT IS ORDERED** that John R. Canney III is discharged as trustee of the above named debtor and the bond is cancelled.

The case of the above named debtor is closed as of the date of this order.

Dated: September 16, 2005

Colleen A. Brown
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont
67 Merchants Row
P.O. Box 6648
Rutland, VT 05702–6648

Tel. (802) 776–2000
VCIS* (800) 260–9956
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 149 – src